**JS-6**



UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| HOANG MINH LE, | Case No. **ED 17-cv-00793 VAP (SPx)** |
| Plaintiffs, | **ORDER OF DISMISSAL** |
| v. | |
| JAKE LV, INC., et al, | |
| Defendants. | |

    The Court having been advised by counsel for the parties that the above-entitled action has settled,

    **IT IS ORDERED** that this action be, and hereby is, dismissed in its entirety without prejudice.

    THE COURT to retain jurisdiction for a period of (#of days) days to enforce the terms of the settlement. All pending dates are hereby **vacated.**

Dated: December 21, 2017

VIRGINIA A. PHILLIPS
Chief United States District Judge

s:\vap\crd's forms\3-ord-dism settled.frm